# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BENJAMIN ALAN WARNOCK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | No. 5:24-cv-200-CHW |
| v. | : | |
| | : | Social Security Appeal |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On the unopposed motion of Plaintiff, this matter is **DISMISSED**. The Clerk of Court is **DIRECTED** to update the docket to reflect that this action has been voluntarily dismissed with prejudice.

**SO ORDERED**, this 20th day of November, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge