IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MR BENJAMIN ALAN WARNOCK, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00200-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of November, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk